Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| LIN-05-005-50763 | | |
| **RECEIVED DATE** October 6, 2004 | **PRIORITY DATE** | **APPLICANT** A78 665 800 PIKULENKO, INNA A. |
| **NOTICE DATE** October 6, 2004 | **PAGE** 1 of 1 | |

INNA A. PIKULENKO
PO BOX 18715
MINNEAPOLIS MN 55418

Notice Type:  Receipt Notice

Amount received: $ 385.00

Section: Asylee adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Ex 1

Form I-797C (Rev. 08/31/04) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>LIN-05-005-50763 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIPT DATE<br>October 6, 2004 | PRIORITY DATE | APPLICANT  A78 665 800<br>PIKULENKO, INNA A. | |
| NOTICE DATE<br>December 10, 2005 | PAGE<br>1 of 1 | | |

INNA A. PIKULENKO
PO BOX 18715
MINNEAPOLIS MN 55418

Notice Type:  Transfer Notice

This is to notify you that we have transferred the above application or petition to the INS office at:

    Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

    Telephone: (214) 381-1423

We transferred this case because the record indicates that office has jurisdiction over the case.  That office will notify you of subsequent action taken on this case.  Any further inquiries should be made to that office.

*[Handwritten: You need to submit documents. Which ones?  Called on 01/24/2006]*

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



*Ex. 2*

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-05-005-50763 | | CASE TYPE I485<br>APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| | | APPLICANT A78665800<br>PIKULENKO, INNA A |
| NOTICE DATE<br>JANUARY 12, 2006 | PAGE<br>1 of 1 | PRINCIPAL ALIEN |

INNA PIKULENKO
PO BOX 18715
MINNEAPOLIS MN 55418

**Notice Type:** Request for Evidence



APPLICANT A-NUMBER

## REQUEST FOR INITIAL EVIDENCE

This office is unable to complete the processing of your application without further information. Please read and comply with the following, **then submit the requested evidence to the below address. You must submit the information within twelve (12) weeks. Failure to do so may result in the denial of your application.** If you submitted the evidence being requested at the time of filing your Form I-485, please include a statement explaining this when submitting your response to this request.

### Your response must be received in this office by APRIL 12, 2006.

1. You must submit a completed medical examination form (Form I-693). The medical examination must be conducted and completed by a designated civil surgeon. To obtain names and telephone numbers of designated civil surgeons in your area, please call USCIS National Customer Service Center at 1-800-375-5283. You will be asked to provide your zip code. Please have a pen or pencil ready to write down the list of civil surgeons in your area.

2. You must also submit a Supplemental Form to I-693, Adjustment of Status Applicant's Documentation of Immunization. The civil surgeon must indicate the results of his/her analysis of your vaccine history in part three of the supplement as well as sign the supplement. **A signature by a RN or PA is not acceptable. Photocopies of Supplemental Form I-693 are not acceptable.**

3. You must submit an updated and properly **completed** Biographic Information Sheet, Form G-325A, for yourself (if you are age 14 or older). Your **original** signature is required on the Form G-325A. The form can be obtained by calling 1-800-870-3676 or can be downloaded from the USCIS website at the following address:   http://uscis.gov/graphics/formsfee/forms/index.htm

4. **Please return a copy of this form (Request for Initial Evidence) with the requested information to the address below.**

UZ0232

You will be notified separately about any other cases you have filed.

CITIZENSHIP & IMMIGRATION SERVICE
TEXAS SERVICE CENTER
P.O. BOX 852381
MESQUITE, TEXAS 75185-2381
**Customer Service Telephone: (800) 375-5283**



RECEIPT NUMBER

FEB 01 2006

3300382

Ex 3

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| A78665800 | Application/Petition<br>I-485, APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|
| Receipt #LIN0500550763 | | |
| Notice Date:<br>March 6, 2006 | Page<br>1 of 1 | Principal Alien<br>Pikulenko, Inna A |
| Inna A. Pikulenko<br>360 72nd St C2402<br>New York, NY 10021 | | NOTICE TYPE:<br>Request for Evidence<br><br>Duplicate printed: March 6, 2006 |

## REQUEST FOR INITIAL EVIDENCE

This office is unable to complete the processing of your application without further information. Please read and comply with the following, then submit the requested evidence to the below address. You must submit the information within twelve (12) weeks. Failure to do so may result in the denial of your application. If you submitted the evidence being requested at the time of filing your Form I-485, please include a statement explaining this when submitting your response to this request.

### Your response must be received in this office by June 1, 2006.

1. You must submit a completed medical examination form (Form I-693). The medical examination must be conducted and completed by a designated civil surgeon. To obtain names and telephone numbers of designated civil surgeons in your area, please call USCIS' National Customer Service Center at 1-800-375-5283. You will be asked to provide your zip code. Please have a pen or pencil ready to write down the list of civil surgeons in your area.

2. You must also submit a Supplemental Form to I-693, Adjustment of Status Applicant's Documentation of Immunization. The civil surgeon must indicate the results of his/her analysis of your vaccine history in part three of the supplement as well as sign the supplement. A signature by a RN or PA is not acceptable. Photocopies of Supplemental Form I-693 are not acceptable.

3. You must submit an updated and properly completed Biographic Information Sheet, Form G-325A, for yourself (if you are age 14 or older). Your original signature is required on the Form G-325A. The form can be obtained by calling 1-800-870-3676 or can be downloaded from the USCIS website at the following address:
http://uscis.gov/graphics/formsfee/forms/index.htm.

4. Please disregard if you have already submitted the above information.

You will be notified separately about any other cases you filed.
**CITIZENSHIP & IMMIGRATION SERVICES**
**TEXAS SERVICE CENTER**
**PO BOX 852381**
MESQUITE TX 75185-2381 **Customer Service Telephone** (800) 375-5283

Ex 4

Form I-797C (Rev. 08/31/04) N

| Department of Homeland Security U.S. Citizenship and Immigration Services | I-797C, Notice of Action |
|---|---|

## THE UNITED STATES OF AMERICA

| A78665800 | Application/Petition I-485, APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | | |
|---|---|---|---|
| Receipt #LIN0500550763 | | | |
| Notice Date: March 8, 2006 | Page 1 of 1 | Principal Alien Pikulenko, Inna A | |
| Inna A. Pikulenko 360 72ND St C2402 New York, NY 10021 | | NOTICE TYPE: Request for Evidence Duplicate printed: March 8, 2006 | |

# REQUEST FOR INITIAL EVIDENCE

This office is unable to complete the processing of your application without further information. Please read and comply with the following, then submit the requested evidence to the below address. You must submit the information within twelve (12) weeks. Failure to do so may result in the denial of your application. If you submitted the evidence being requested at the time of filing your Form I-485, please include a statement explaining this when submitting your response to this request.

### Your response must be received in this office by June 8, 2006.

1. You must submit a completed medical examination form (Form I-693). The medical examination must be conducted and completed by a designated civil surgeon. To obtain names and telephone numbers of designated civil surgeons in your area, please call USCIS' National Customer Service Center at 1-800-375-5283. You will be asked to provide your zip code. Please have a pen or pencil ready to write down the list of civil surgeons in your area.

2. You must also submit a Supplemental Form to I-693, Adjustment of Status Applicant's Documentation of Immunization. The civil surgeon must indicate the results of his/her analysis of your vaccine history in part three of the supplement as well as sign the supplement. A signature by a RN or PA is not acceptable. Photocopies of Supplemental Form I-693 are not acceptable.

3. You must submit an updated and properly completed Biographic Information Sheet, Form G-325A, for yourself (if you are age 14 or older). Your original signature is required on the Form G-325A. The form can be obtained by calling 1-800-870-3676 or can be downloaded from the USCIS website at the following address: http://uscis.gov/graphics/formsfee/forms/index.htm.
4. Please disregard if you have already submitted the above information.

You will be notified separately about any other cases you filed.
CITIZENSHIP & IMMIGRATION SERVICES
TEXAS SERVICE CENTER
PO BOX 852381
MESQUITE TX 75185-2381 Customer Service Telephone (800) 375-5283

Ex 5

Form I-797C (Rev. 08/31/04) N

A# 78665800
LIN0500550763

Inna Pikulenko
360 East 72nd Street
Apt C2402
New York, NY 10021
USA

To Whom It May Concern:

I have received this letter from **you several times** and I know for a fact that I have already sent you everything you've requested (i.e. medical form and biographic information sheet). Please do NOT send me any more duplicate notes and please process this application!

If you believe I've made an error on any of my forms, please indicate EXACTLY what it is that I need to fix.

**I am getting frustrated with a lack of progress on my application since I have sent you all the evidence several months ago. I hope to receive a prompt response or I will be forced to speak with my immigration attorney.**

Best Regards,

Inna Pikulenko.
05/10/2006

*Inna Pikul—* (signature)



Ex. 6

# U. S. Citizenship and Immigration Services

TEXT ONLY  HOME  WHAT'S NEW  FAQS  SEARCH  GLOSSARY  FEEDBACK  TRANSLATE  PRINTPAGE

**Immigration Services and Benefits**

National Customer Service Call Center (NCSC)
- Call Scripts and Information
- Case Status Online
  - Case Status Search
  - Logout
  - My Account
  - My Portfolio
  - Change Password

## Case Status

**Receipt Number:** LIN0500550763

**Application Type:** I485, Application to Register Permanent Residence or to Adjust Status

**Current Status:**

Your I485 Application to Register Permanent Residence or to Adjust Status was received on October 6, 2004. We mailed you a receipt with information about processing. It is taking between 570 and 600 days for us to process this kind of case. We will mail you a decision as soon as processing is complete.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ Return to Portfolio List ]

[ New Search ]

[ Printer Friendly Case Status ]

[Get Acrobat Reader]

07-29-2005 05:21 PM EDT

Ex. 7