# U.S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQ   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services and Benefits

National Customer Service Call Center (NCSC)
- Call Scripts and Information

Case Status Online
- Case Status Search
- Logout
- My Account
- My Portfolio
- Change Password

## Case Status

**Receipt Number:** LIN0500550763

**Application Type:** I485, Application to Register Permanent Residence or to Adjust Status

**Current Status:**

On March 23, 2006, we received your response to our request for evidence or information. It is taking between 850 and 900 days for us to process this kind of case. However because preliminary processing was complete, the remaining processing time will be less than the maximum stated in this message. You will receive a written decision on this case.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ Return to Portfolio List ]

[ New Search ]

[ Printer Friendly Case Status ]

[Get Acrobat Reader]

03-27-2006 06:03 PM EST

Ex 8

U.S Citizenship and Immigration Services - Case Status Service Online        Page 1 of 1





Home  Contact Us  Site Map  FAQ

Search

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

  **Case Status Search**

  **Register**

  **Login**

Receipt Number: LIN0500550763

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Response to request for evidence received, and case processing has resumed.

On May 15, 2006, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]



02-03-2007 12:47 PM EST

Home  Contact Us  Privacy Policy  Website Policies  NoFEAR  Freedom Of Information Act  FirstGov

U.S. Department of Homeland Security

Ex. 9



**Name:** Inna Aleksandrovna Pikulenko

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** NYC-06-79384

**Authentication Code:** 32a7

**Appointment Date:** May 17, 2006

**Appointment Time:** 8:15 AM

**Location:** 26 FEDERAL PLAZA, New York, NY 10278; Room 310

### This is your Confirmation Number:



*NYC-06-79384*

### If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 50639

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

Ex. 10

InfoPass..    Page 1 of 1



**Name:** **Inna Aleksandrovna Pikulenko**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** NYC-06-146459

**Authentication Code:** 32a7

**Appointment Date:** October 27, 2006

**Appointment Time:** 7:00 AM

**Location:** 26 FEDERAL PLAZA, New York, NY 10278; Room 310

**This is your Confirmation Number:**



*NYC-06-146459*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*36828*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

Ex. 1)

https://infopass.uscis.gov/infopass.php?PHPSESSID=4ee7f9350dc824988d9f49e579d8f8...    10/18/2006

Inna Pikulenko
PO Box 18715
Minneapolis, MN 55418
Receipt #: LIN0500550763
A#: 78665800

To Whom It May Concern:

I have followed up on the status of my case on line. The notice on line states that **"it's taking between 570 and 600 days to process this kind of case."**

I received a notice date on October, 6, 2004. According to the process, I would have to get my finger print clearing in order for my application to get adjusted. I also know that it takes ~ 1 year for the finger prints clearing procedure.

However, I have not received any notices from your office about the finger prints that I have yet to do. I would like to ask you to please follow up on my case and see if you can please send me a finger print notice. So that we can adjust my status **within** the time-frames specified in this case.

Please let me know if you have any further questions. @ 612-432-7770

Best Regards,

Inna Pikulenko.

07/29/2005
*Inna Pikul*



Ex. 12

Inna Pikulenko
360 East 72nd Street, Apt C2402
New York, NY 10021


A#:  78665800
LIN0500550763



Mrs Evelyn Upchurch:

I wanted to bring to you attention that I seem to experience a lot of problems with the Texas Service Center while it's processing my application.

I have received several duplicate letters asking me for the forms that I have already submitted twice!!  I now can't schedule an appointment for finger prints because your office somehow keeps sending me schedules to my old address despite the fact I've made appropriate address changes!!!

I am writing to you office asking to address both of the issues with my application. I have submitted copies of my most recent corresponces with the Texas Service Center and I trust that you will help take care of this so that I don't have to consult my immigration attorney to expedite this process by filing a lawsuit.

                           Best Regards,

                           Inna Pikulenko
                           05/10/2006

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Attn. Evelyn Upchurch, Director
Texas Service Center
P.O. Box 85381
Mesquite, TX 75185

[Postmark: NEW YORK, NY LENOX HILL STA, MAY 11 2006]

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail Service
☐ First-Class Mail parcel
☐ Package Services parcel

PS Form 152, May 2002       (See Reverse)

Ex. 13

Inna Pikulenko
5 ½ Jane Street
Apt 5R
New York, NY 10014

A#: 78665800
LIN-05-005-50763

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*Director, US Citizenship & Immigr.*
*Texas Service Center*
*P.O. Box 851488*
*Mesquite, TX 75185*

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

*[Handwritten along left margin: I have confirmation letter received on Oct 23, 2006]*

To Whom It May Concern:

I wanted to request your help with my immigration case taking place at the Texas Service Center.

I have filed for the adjustment of status (i-485 - permanent residence) in October 2004. I have been informed about a year ago that my case was transferred to the Texas Service Center for processing. The office in Texas basically keeps loosing parts of my case. As an example, they have misplaced my medical datasheet that I was required to re-submit my medical data-sheet and bibliography sheet. They also kept sending my my fingure print invitation to my old address even though I have notified them of my address change right away. They sent me two fingerprint appointments as to my old address and scheduled my finger print appointment in Minneapolis, MN. I have scheduled my own finger print appointment in May here in New york. The office from Texas sent me a letter telling me that they would schedule me yet an appointment, but it may take them up to three months. Three months have gone by, but I did not get any notice.

I keep sending them letters, but to no avail. I know that after finger print stage is complete, it can take up to six months before the case is finalized. The six months are now coming up, but the Texas Service Center is not doing anything to process my I-485 application.

I ask to please help me help them to clean up the confusion that I already did my finger prints and now it's a matter of actually issuing my green card. The Texas Service Center is NOT keeping a diligent track of my records (as I have indicated above).

I would like to know what stage of the process my application is at so we can move on with the process.

I would really appreciate your help.
Please let me know what other documents I need to submit in order for us to proceed with this case.

Best Regards, Inna Pikulenko

Ex. 1+

Inna Pikulenko
5 ½ Jane Street
Apt 5R
New York, NY 10014

A#: 78665800
LIN-05-005-50763

*[U.S. Postal Service Delivery Confirmation Receipt, Article Sent To: Citizenship & Immigr. service, Texas service Center, P.O. Box 852381, Mesquite, TX 75185, Postmarked Oct 19, 2006]*

*[Handwritten in left margin: "I have confirmation that letter was received on Oct 23, 2006"]*

To Whom It May Concern:

I wanted to request your help with my immigration case taking place at the Texas Service Center.

I have filed for the adjustment of status (i-485 - permanent residence) in October 2004. I have been informed about a year ago that my case was transferred to the Texas Service Center for processing. The office in Texas basically keeps loosing parts of my case. As an example, they have misplaced my medical datasheet that I was required to re-submit my medical data-sheet and bibliography sheet. They also kept sending my my fingure print invitation to my old address even though I have notified them of my address change right away. They sent me two fingerprint appointments as to my old address and scheduled my finger print appointment in Minneapolis, MN. I have scheduled my own finger print appointment in May here in New york. The office from Texas sent me a letter telling me that they would schedule me yet an appointment, but it may take them up to three months. Three months have gone by, but I did not get any notice.

I keep sending them letters, but to no avail. I know that after finger print stage is complete, it can take up to six months before the case is finalized. The six months are now coming up, but the Texas Service Center is not doing anything to process my I-485 application.

I ask to please help me help them to clean up the confusion that I already did my finger prints and now it's a matter of actually issuing my green card. The Texas Service Center is NOT keeping a diligent track of my records (as I have indicated above).

I would like to know what stage of the process my application is at so we can move on with the process.

I would really appreciate your help.
Please let me know what other documents I need to submit in order for us to proceed with this case.

Best Regards, Inna Pikulenko

*October 17, 2006*

*Ex. 15*