# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

Inna PIKULENKO
A78-665-800

**SUMMONS IN A CIVIL CASE**

V.

Michael CHERTOFF, Secretary, Dept. of Homeland Security, et al.

CASE NUMBER: **07 CV 2915**

JUDGE HOLWELL

TO: (Name and address of defendant)

Evelyn Upchurch
Director, Texas Service Center
U.S Citizenship and Immigration Services
Mesquite, TX  75185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ruchi Thaker (LOCAL COUNSEL)
Thaker Berowitz LLP
225 Broadway, Suite 3001
New York, NY  10007

Vard R. Johnson
Law Office of Vard R. Johnson
18 Tremont Street, Suite 210
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  *[signature] Marcos Quintero*

APR 1 1 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY_WEB 4/99

# RETURN OF SERVICE

| | DATE 4/13/07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Ruchi Thaker | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: U.S. Attorney's Office, S.D.N.Y. 86 Chambers St., 3rd Fl., New York, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Please See Attached Certificate of Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/13/07
          Date

*Ruchi Thaker* (Signature of Server)

225 Broadway, Suite 3001, NY NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I, Ruchi Thaker, solemnly swear under penalty of perjury:

1. I am employed in the law office of Thaker Berowitz LLP.

2. On the 13th day of April 2007, I served a copy of the within:

## EXECUTED SUMMONS

by United States Postal Service Certified Mail Return Receipt Requested to the following parties:

Michael Chertoff
Mail Stop: 0300
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528-0300

Emilio Gonzales
Director
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

Evelyn Upchurch
Director, Texas Service Center
U.S. Citizenship and Immigration Services
Mesquite, TX 75185

Executed on:  April 13, 2007

_____
Ruchi Thaker