MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
INNA PIKULENKO,                                                             :

                Plaintiff,                                       :
                                                                               CERTIFICATE OF
                                                                               SERVICE
                - v. -                                                        :
                                                                               07 Civ. 2915 (RJH)

MICHAEL CHERTOFF, Secretary, U.S. Department   :
of Homeland Security; EMILIO GONZALES, Director,              FILED ELECTRONICALLY
United States Citizenship and Immigration Services;   :
EVELYN UPCHURCH, Director, Texas Service Center,
United States Citizenship and Immigration Services;   :

                Defendants.                            :
------------------------------------------------------------------------x

        F. JAMES LOPREST, pursuant to 28 U.S.C. § 1746, declares as follows:

        1.    I am a Special Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

        2.    On the 13th day of June, 2007, I caused service of a copy of the Defendant's Answer by placing the same in an envelope addressed as follows:

                              Vard R. Johnson
                              18 Tremont Street
                                Suite 210
                              Boston, MA 02108

        3.    I then sealed said envelope, and placed it in a designated location in the U.S. Attorney's Office for postage to be affixed to same, then brought to a depository designated by the U.S. Postal Service for mail pick-up.

        4.     I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
this 13th day of June, 2007

                                        /S/
                          F. JAMES LOPREST, JR.
                          Special Assistant United States Attorney
                          86 Chambers Street, Room 410
                          New York, New York  10007
                          Tel. No.:  (212) 637-2728