MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
INNA PIKULENKO,                                              :

                Plaintiff,                             :        DECLARATION OF
                                                                  F. JAMES LOPREST, JR

                - v. -                                       :

                                                                              07 Civ. 2915 (RJH)

MICHAEL CHERTOFF, Secretary, U.S. Department    :
of Homeland Security; EMILIO GONZALEZ, Director,               FILED ELECTRONICALLY
United States Citizenship and Immigration Services;          :
EVELYN UPCHURCH, Director, Texas Service Center,
United States Citizenship and Immigration Services;          :

                Defendants.                            :
------------------------------------------------------------------------x

        F. JAMES LOPREST, JR., pursuant 28 U.S.C. § 1746, declares the following:

        1.     I am a Special Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, counsel for defendants Michael Chertoff, United States Secretary of Homeland Security; Emilio Gonzalez, Director of United States Citizenship and Immigration Services ("CIS"); and Evelyn Upchurch, Director of the CIS's Texas Service Center (collectively, "defendants" or "Government"). I am assigned to the defense of the above-captioned matter, and I submit this declaration in opposition to the complaint of plaintiff Inna Pikulenko ("plaintiff" or "Pikulenko").

        2.     Attached to this declaration is a true copy of the declaration of Kelly Ann Anderson,

Supervisory Adjudications Officer in the CIS's Texas Service Center, which was executed on June 25, 2007, at Dallas, Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      June 27, 2007
              New York, New York      /s/
                                      F. JAMES LOPREST, JR. (FJL:3210)
                                      Special Assistant United States Attorney
                                      Southern District of New York
                                      86 Chambers Street, 4th Floor
                                      New York, New York 10007
                                      Tel. No.: (212) 637-2728

TO:    RUCHI THAKER, ESQ.
         THAKER & BEROWITZ, LLP
         Attorneys for Plaintiff
         225 Broadway, Suite 3001
         New York, NY 10007