UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Inna Pikulenko, )<br>)<br>Plaintiff )<br>)<br>v. )<br>Michael Chertoff, Secretary, )<br>U.S. Department of Homeland Security; )<br>Emilio Gonzalez, Director, United )<br>States Citizenship and Immigration )<br>Services; Evelyn Upchurch )<br>Director, Texas Service Center, United States )<br>Citizenship and Immigration Services, )<br>Mesquite, Texas )<br>)<br>Defendants ) | Case No. 1:07-cv-2915<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ruchi Thaker, a member on good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Vard R. Johnson
> Suite 210
> 18 Tremont Street
> Boston, Massachusetts 02108
>     1-617-557-1711
>     1-617-557-4711 Fax

Vard R. Johnson is a member in good standing of the Bar of the States of Nebraska and Massachusetts. There are no pending disciplinary proceedings against Vard R. Johnson in any State or Federal Court.

Dated this 9th day of July, 2007.  New York City, New York

Respectfully submitted,

*Ruchi Thaker*
Ruchi Thaker
Thaker/Berowitz LLP
225 Broadway, Suite 3001
New York, New York 10007
Phone: (212) 513-1713
Fax: (212) 513-7737
rthaker@thakerlaw.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| Inna Pikulenko, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-cv-2915 |
| ) | |
| Michael Chertoff, Secretary, ) | |
| U.S. Department of Homeland Security; ) | AFFIDAVIT OF RUCHI THAKER |
| Emilio Gonzalez, Director, United ) | IN SUPPORT OF MOTION TO ADMIT |
| States Citizenship and Immigration Services; ) | COUNSEL PRO HAC VICE |
| and Evelyn Upchurch, Director, Texas Service ) | |
| Center, United States Immigration and ) | |
| Naturalization Services, Mesquite, Texas, ) | |
| ) | |
| Defendants ) | |

State of New York    )
                     ) ss
County of New York   )

Ruchi Thaker, being duly sworn, hereby deposes and says as follows:

1. I am familiar with the proceedings in the above referenced case and am local counsel to the Plaintiff for the filing. I am a member of the Bar of the State of New York and also am admitted to bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I have filed with this Court a motion to admit Vard R. Johnson as counsel pro hac vice to represent Plaintiff in this matter.

3. I have known Vard R. Johnson since 2003.

4. Vard R. Johnson is admitted to the practice law in the State of Nebraska and the Commonwealth of Massachusetts.

5. I know Vard R. Johnson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Vard R. Johnson, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Vard R. Johnson, pro hac vice, which is attached hereto as Exhibit A.

Wherefore, it is respectfully requested that the motion to admit Vard R. Johnson pro hac vice to represent Plaintiff in the above captioned matter be granted.

*Ruchi Thaker*
Ruchi Thaker
Thaker/Berowitz LLP
225 Broadway, Suite 3001
New York, New York 10007

Subscribed and sworn to before me a notary public this 9th day of July 2007.

IRWIN J. BEROWITZ
Notary Public, State of New York
No. 02BE5033479
Qualified in New York County
Commission Expires Sept. 19, 2010

Notary Public

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on June 22, 1964, Vard R. Johnson was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on June 22, 2007.

_____
Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **April** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

## Vard R. Johnson

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eleventh** day of **June** in the year of our Lord **two thousand and seven**.

*(signature)*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____  __

| | |
|---|---|
| Inna Pikulenko, | ) |
|    Plaintiff | ) |
|              v. | ) Case No. 1:07-cv-2915 |
| Michael Chertoff, Secretary, U.S. Department of Homeland Security; Emilio Gonzalez, Director, United States Citizenship and Immigration Services; Evelyn Upchurch, Director, Texas Service Center, United States Citizenship and Immigration Services, Mesquite, Texas | ) ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
|    Defendants | ) |

_____

Upon the Motion of Ruchi Thaker, local counsel for Plaintiff, and said counsel's affidavit in support;

      IT IS HEREBY ORDERED THAT

Vard R. Johnson
Suite 210
18 Tremont Street
Boston, Massachusetts 02108
    1-617-557-1711
    1-617-557-4711
vardinboston@verizon.net

is admitted to practice pro hac vice as counsel for Inna Pikulenko in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Inna Pikulenko, </br></br>    Plaintiff </br></br>        v. </br> Michael Chertoff, Secretary, </br> U.S. Department of Homeland Security; </br> Emilio Gonzalez, Director, United </br> States Citizenship and Immigration </br> Services; Evelyn Upchurch, </br> Director, Texas Service Center, United States </br> Citizenship and Immigration Services, </br> Mesquite, Texas </br></br>    Defendants | Case No. 1:07-cv-2915 </br></br> PROOF OF SERVICE |

I, Ruchi Taker (RT 4210), local counsel for the Plaintiff state that I served on F. James Loprest, Jr. (FJL:3210), Special Assistant United States Attorney, Southern District of New York, 86 Chambers Street, 4th Floor, New York, New York 10007, by United States mail, postage prepaid, on July 9, 2007, my Motion to Admit Counsel Pro Hac Vice, Affidavit in Support of the Same, and Certificates of Good Standing.

Dated this 9 day of July 2007.

*Ruchi Thaker* (signature)
Ruchi Thaker
Thaker/Berowitz LLP
225 Broadway, Suite 3001
New York, New York 10007
Phone: (212) 513-1713
Fax: (212) 513-7737
rthaker@thakerlaw.com

1