UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

| | |
|---|---|
| Inna Pikulenko, | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:07-cv-2915 |
| Michael Chertoff, Secretary, | ) |
| U.S. Department of Homeland Security; | ) |
| Emilio Gonzalez, Director, United | ) |
| States Citizenship and Immigration | ) ORDER FOR ADMISSION |
| Services; Evelyn Upchurch, | ) PRO HAC VICE |
| Director, Texas Service Center, United States | ) ON WRITTEN MOTION |
| Citizenship and Immigration Services, | ) |
| Mesquite, Texas | ) |
| Defendants | ) |

Upon the Motion of Ruchi Thaker, local counsel for Plaintiff, and said counsel's affidavit in support;

IT IS HEREBY ORDERED THAT

Vard R. Johnson
Suite 210
18 Tremont Street
Boston, Massachusetts 02108
   1-617-557-1711
   1-617-557-4711
vardinboston@verizon.net

is admitted to practice pro hac vice as counsel for Inna Pikulenko in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/20/07

_____
United States District/Magistrate Judge