USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

INNA PIKULENKO, : 07 Civ. 02915 (RJH)
:
Plaintiff, :
:
-against- : **ORDER**
:
SECRETARY MICHAEL CHERTOFF, et al, :
:
Defendant. :
:
---------------------------------------------------------------x

The pretrial conference scheduled for July 27, 2007 is rescheduled to August 01, 2007, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge