MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INNA PIKULENKO,                                      :

                Plaintiff,    :    STIPULATION AND ORDER OF
                                               SETTLEMENT AND DISMISSAL

          - v. -                                :
                                               07 Civ. 2915 (RJH)

MICHAEL CHERTOFF, Secretary, U.S. Department       :
of Homeland Security; EMILIO GONZALES, Director,
United States Citizenship and Immigration Services;   :
EVELYN UPCHURCH, Director, Texas Service Center,
United States Citizenship and Immigration Services;    :

                Defendants.    :
-------------------------------------------------------------x

WHEREAS United States Citizenship and Immigration Services ("CIS") has granted plaintiff's application for a discretionary adjustment of her immigration status to that of a lawful permanent resident of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
          January 29, 2008

THAKER & BEROWITZ, LLP
Attorneys for Plaintiff

By: _____
RUCHI THAKER, ESQ. (RT: 4210)
225 Broadway, Suite 3001
New York, New York 10007
Tel. No.: (212) 513-1713

Dated:  New York, New York
          January 29, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728
james.loprest@usdoj.gov

SO ORDERED:

_____
HON. RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/4/08

2007v00628